RB:MMS
F.#2010R01923

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 29 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>GERMAN GOLDBERG,<br><br>Defendant. | I N F O R M A T I O N<br><br>Cr. No. _____<br>(T. 21, U.S.C.,<br>§§ 841(b)(1)(A)(ii)(II)<br>and 846; T. 18, U.S.C.,<br>§§ 3551 et seq.) |

- - - - - - - - - - - - - - - -X

THE UNITED STATES ATTORNEY CHARGES:

CONSPIRACY TO DISTRIBUTE COCAINE

In or about and between September 2007 and May 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant GERMAN GOLDBERG, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled

substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Section 3551 et seq.)

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK